The Honorable Marsha J. Pechman

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
SEATTLE DIVISION

| | |
|---|---|
| PACKAGING CORPORATION OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>LUNDBERG, LLC f/k/a A.H. LUNDBERG ASSOCIATES, INC., DUSTEX CORPORATION d/b/a LDX SOLUTIONS, and A.H. LUNDBERG SYSTEMS, INC.,<br><br>Defendants. | Case No. 2:19-cv-01770-MJP<br><br>**STIPULATION REGARDING AMENDED COMPLAINT**<br><br>Complaint Filed: October 31, 2019<br>Trial Date: None Set |

Counsel for Packaging Corporation of America ("PCA") have conferred and met with counsel for Lundberg, LLC and Dustex Corporation d/b/a LDX Solutions ("Lundberg") and now stipulate to PCA filing an amended complaint pursuant to Local Rule 15. The proposed amended pleading is attached to this stipulation as Attachment A. All proposed changes are indicated by striking through the text to be deleted and underlining or highlighting the text to be added.

As set forth in Attachment A, counsel for Lundberg have indicated that Dustex Corporation is not a proper party in this lawsuit, and if any Dustex entity should be named in the lawsuit, it should be Dustex, LLC d/b/a LDX Solutions. Counsel for Lundberg have further

**STIPULATION REGARDING AMENDED COMPLAINT - 1 OF 3**
**CASE NO. 2:19-CV-01770-MJP**

COOLEY LLP
1700 SEVENTH AVENUE, SUITE 1900
SEATTLE, WA 98101-1355
(206) 452-8700

indicated that Dustex, LLC consents to venue and personal jurisdiction. No substantive allegations have been added or removed from the complaint in the proposed amended complaint.

With respect to the pending motion to dismiss, PCA and Lundberg are prepared to remain on the same briefing schedule that was ordered by this Court (Dkt. 16).

Dated: January 9, 2020

By: s/ Eric Kuwana

Eric Kuwana (*Pro Hac Vice*)
Christopher B. Durbin (WSBA #41159)
Andrew D. Barr (*Pro Hac Vice*)
COOLEY LLP
1299 Pennsylvania Avenue NW, Suite 700
Washington, D.C. 20004-2446
Tel.: (202) 842-7800
Fax: (202) 842-7899
Email: ekuwana@cooley.com
cdurbin@cooley.com
abarr@cooley.com

Attorneys For Plaintiff
PACKAGING CORPORATION OF AMERICA

Dated: January 9, 2020

By: s/ Andrew J. Gabel

Andrew J. Gabel (WSBA No. 39310)
Tiffany Connors (WSBA No. 41740)
Devon McCurdy (WSBA No. 52663)
LANE POWELL PC
1420 Fifth Avenue, Suite 4200
P.O. Box 91302
Seattle, WA 98111-9402
Tel.: (206) 223-7000
Fax: (206) 223-7107
Email: gabela@lanepowell.com
connorst@lanepowell.com
mccurdyd@lanepowell.com

Attorneys for Defendant
LUNDBERG, LLC D/B/A LDX SOLUTIONS

STIPULATION REGARDING AMENDED COMPLAINT - 2 OF 3
CASE NO. 2:19-CV-01770-MJP

COOLEY LLP
1700 SEVENTH AVENUE, SUITE 1900
SEATTLE, WA 98101-1355
(206) 452-8700

# ORDER

IT IS SO ORDERED.

Dated: January 9, 2020

　　　　　　　　　　　　　　　　　　　　Marsha J. Pechman
　　　　　　　　　　　　　　　　　　　　United States District Judge