# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| PACKAGING CORPORATION OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>LUNDBERG LLC et al,<br><br>Defendants. | CASE NO. C19-1770 MJP<br><br>ORDER REQUIRING JURISDICTIONAL STATEMENT |

THIS MATTER comes before the Court on Defendants' Notice of Possible Jurisdictional Defect. (Dkt. No. 31.) Defendants have informed the Court that the Parties to this action may not be diverse, and thus, the Court may not have jurisdiction. (Id. at 1-2.) Given this information, and noting Defendants' pending Motion to Dismiss (Dkt. No. 27), the Court will not move forward on any motion until it can be assured it has jurisdiction. The Parties have 30 days from the date of this Order to investigate and notify the Court as to whether the Court has jurisdiction, or if jurisdiction will be contested.

ORDER REQUIRING JURISDICTIONAL STATEMENT - 1

The clerk is ordered to provide copies of this order to all counsel.

Dated February 4, 2020.

Marsha J. Pechman
United States District Judge